# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:  
DIAZ, NICOLE  
SSN: XXX-XX-6809

Case No: 16-26418-AJC

Chapter 13

_____Debtor(s)_____ /

## NOTICE OF CONTINUED DEBTOR'S OBJECTION TO CLAIM NO. 7-1 FILED BY MIDLANDFUNDING, LLC [DE 46]

The Debtor, **NICOLE DIAZ**, and through their undersigned counsel, continues **DEBTOR'S OBJECTION TO CLAIM NO. 7-1 FILED BY MIDLAND FUNDING, LLC[DE 46]** to August 15, 2017 at 9:00am at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 7, Miami, FL 33128.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by CM/ECF to Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 and via U.S. Mail to the Debtor and all parties on the service list on this 27th day of July, 2017.

I also certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**/s/**Christina A. Fiallo  
Christina Alexandra Fiallo, Esq.  
Florida Bar Number: 92376

**FIALLO LAW**  
7975 NW 154 Street, Suite 470

Miami Lakes, FL 33016  
Office: (305) 222-7715  
Service: service@fiallolaw.com  
Contact: Christina@fiallolaw.com

### **SERVICE LIST**

**The following parties were served via the Notice of Electronic Filing**

- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Trustee**:                     Nancy K Neidich e2c8f01@ch13herkert.com

**The following parties were served by Electronic Mail**:

Midland Credit Management, Inc  
PO BOX 2011  
Warren, MI 48090

Midland Funding, LLC  
c/o Stuart M. Gold  
5801 NW 151 Street  
Ste 307  
Miami Lakes, FL 33014

Nicole Diaz  
11751 Amanda Lane  
Bonita Springs, FL 34135